In the matter of B. F. MOORE and others.

In the matter of *B. F. Moore and others*, decided at June Term 1869, the following order was made:

Upon the argument in *Ex parte Biggs* at this term, the power of the Court to strike from the list of Attorneys, any unworthy member having been conceded,

Ordered, That the rule upon the signing of what is called "a solemn protest of the members of the Bar of the State of North Carolina," made at June Term 1869, be discharged.

PER CURIAM.                .                Rule discharged.